**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:23-CR-00091-ADA-BAM |
| **DANIEL HIGGINS** | |
| Defendant. | |

**FILED**
May 04, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: DANIEL HIGGINS
Detained at: FCI - MENDOTA

Detainee is:
a.) ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with: _____
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Tuesday, May 16, 2023 at 2:00pm in the Eastern District of California.*

Signature: /s/Jeffrey Spivak
Printed Name & Phone No: Jeffrey Spivak 559-497-4073
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, Tuesday, May 16, 2023 at 2:00pm, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **May 4, 2023**

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | ☒ Male  ☐ Female |
| Booking or CDC #: | DOB: |
| Facility Address: | Race: |
| Facility Phone: | FBI#: |
| Currently | |

### RETURN OF SERVICE

Executed on: _____

(signature)