LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DANIEL HIGGINS,<br><br>Defendant. | CASE: 1:23-CR-00091-NODJ-BAM<br><br>STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 9, 2024, in front of Hon. J. A. Soto.
2. By this stipulation, the defendant now moves to continue the sentencing hearing until December 17, 2024.
   a. The parties agree and stipulate, and request that the Court find the following:
   b. Counsel for the defendant is unavailable on October 9, 2024, due to a mandatory personal appearance in Stanislaus County. (People v. Fernando Torres CR-24-008127).

c. Counsel for the defendant desires additional time to further review the Government sentencing brief and final Presentence Report as well as investigate relevant mitigation material in anticipation of sentencing.

d. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, considering the exercise of due diligence.

e. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: October 2, 2024                    Respectfully submitted,

/s/ Chan Hee Chu

Chan Hee Chu
*AUSA*

Dated: October 2, 2024                    Respectfully submitted,

/s/ Michael J. Aed

Michael J. Aed
*Attorney for Defendant*

### ORDER

IT IS SO ORDERED that the sentencing hearing is continued from October 9, 2024, to **December 17, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **October 2, 2024**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE