LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL HIGGINS,<br><br>　　　　Defendant. | CASE: 1:23-CR-00091-NODJ-BAM<br><br>STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |

**STIPULATION TO CONTINUE SENTENCING**

　　Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 10, 2025, in front of Hon. T. Nunley.
2. By this stipulation, the defendant now moves to continue the sentencing hearing until April 7, 2025.
    a. The parties agree and stipulate, and request that the Court find the following:
    b. The defendant is receiving necessary medical treatment that needs to be completed before his transfer to the custody of the Bureau of Prisons.



c. Counsel for the defendant desires additional time for the defendant's medical condition to stabilize before transfer to the Bureau of Prisons.

d. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, considering the exercise of due diligence.

e. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: February 5, 2025                                   Respectfully submitted,

                                                          /s/ Chan Hee Chu
                                                          _____
                                                          Chan Hee Chu
                                                          *AUSA*

Dated: February 5, 2025                                   Respectfully submitted,

                                                          /s/ Michael J. Aed
                                                          _____
                                                          Michael J. Aed
                                                          *Attorney for Defendant*

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from February 10, 2025, to **April 7, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **February 5, 2025**                 /s/ Barbara A. McAuliffe
                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

